```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16433
   ROY DOUGLAS MCGARY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8801

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/10/2007 and was not confirmed.

     The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED         .00         .00
PRAIRIE EMERGENCY SERVIC  NOTICE ONLY    NOT FILED         .00         .00
NORTHLAND GROUP INC       NOTICE ONLY    NOT FILED         .00         .00
B-REAL LLC                UNSECURED        1279.88         .00         .00
REGIONAL ACCEPTANCE CORP  SECURED NOT I       .00          .00         .00
PRO SE DEBTOR             DEBTOR ATTY        .00                       .00
TOM VAUGHN                TRUSTEE                                      .00
DEBTOR REFUND             REFUND                                       .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      ---------------       ---------------
TOTALS                   .00                     .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE